IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RAMON P. HANSBERRY SR.**                                             **PLAINTIFF**

**v.**                           **Case No. 2:16-cv-00158-KGB**

**ARKANSAS STATE HIGHWAY
AND TRANSPORTATION DEPARTMENT**                         **DEFENDANT**

## **JUDGMENT**

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants defendant Arkansas Department of Transportation's ("ARDOT")[1] motion for summary judgment against Plaintiff Ramon P. Hansberry, Sr. (Dkt. No. 30). Mr. Hansberry's claims are dismissed with prejudice.

So adjudged this 17th day of October, 2018.

                                                          Kristine G. Baker
                                                          United States District Judge

---

[1] To clarify, Arkansas Department of Transportation was formerly referred to as Arkansas State Highway and Transportation Department ("AHTD"). The Court referred to ARDOT as AHTD in previous Orders.